IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HEATH GREEN                                                                                    PLAINTIFF

V.                                              3:07CV00037-WRW

CRAIGHEAD COUNTY SHERIFF'S                                           DEFENDANTS
DEPARTMENT, et al

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this 23rd day of July. 2007.


                                                          /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE